# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **DAVID D. ELLIS,** | CASE NO: CV05-264-C-EJL |
| **Plaintiff,** | **ORDER ON REPORT AND RECOMMENDATION** |
| vs. | |
| **CITY OF LEWISTON, et al,** | |
| **Defendant.** | |

On May 24, 2006, United States Magistrate Judge Mikel H. Williams issued his report and recommendation in this matter (Docket No. 15). Pursuant to 28 U.S.C. § 636 (b)(1), the parties had ten (10) days in which to file written objections to the report and recommendation. However, neither party has objected to the recommendation. Exercising de novo review of the matter, this Court may accept, reject or modify, in whole or in part, the findings and recommendations made by the magistrate judge. Id.

Because this Court finds the Report and Recommendation of Judge Williams to be well founded in law and supported by the record, the Court hereby accepts in their entirety, and adopts as its own, the findings made by Judge Williams. Acting on the recommendation of Judge Williams and this Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Report and Recommendation entered on May 24, 2006, (Docket No. 15) by Judge Williams should be, and is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss for Sanctions Pursuant to Federal Rule of Civil Procedure 37(b)(2)(C) (Docket No. 10) be **GRANTED** and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **June 14, 2006**

Honorable Edward J. Lodge
U. S. District Judge